IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LAKENDRICK CANNON, a minor by and through his next friend and custodial mother, Ulanda McCovery, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION 04-0747-P-M |
| LA PETITE ACADEMY, | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to the Order entered this date, it is hereby ORDERED, ADJUDGED, AND DECREED that pursuant to the court-approved settlement:

1. Judgment is entered in favor of the minor plaintiff Lakendrick Cannon, by and through his mother Jalonda McCovery, in the amount of $5,000.00 against defendant La Petite Academy ("La Petite"), who does not admit liability for the injury suffered by the minor plaintiff;

2. out of the settlement funds Maloney-Strohmeyer, L.L.P., is to receive an attorney's fee in the amount of $1,250.00, plus expenses in the amount of $462.22;

3. the Alabama Medicaid Agency is to be paid $121.43 in satisfaction of its subrogation claim; and

4. the balance of the settlement funds in the amount of $3,166.35 ($5,000.00 - $1,833.65 ($1,250.00 + $462.22 + $121.43 = $1,833.65) = $3,166.35) are to be paid to Jalonda McCovery for deposit with New Horizons Credit Union pursuant to § 35-5A-10(a)(2), on plaintiff's behalf.

It is further ORDERED, ADJUDGED, and DECREED that pursuant to the court-approved settlement, La Petite shall pay to Terrie Seals Owens, *guardian ad litem*, a reasonable fee in the amount of $742.00 (5.30 hours x $140.00 per hr. = $742.00) for services rendered to this court in this action.

DONE this 21st day of July, 2005.

      Virgil Pittman
SENIOR UNITED STATES DISTRICT JUDGE